**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JENNY LAUREN MERSAND,

                Plaintiff,                20 **CIVIL** 6504 (NSR)(AEK)

     -against-                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 9, 2022, this Court has adopted Judge Krause's R&R in its entirety. Plaintiff's motion seeking reversal of the ALJ's determination is GRANTED and Defendant's cross-motion for judgment on the pleadings is DENIED. Judgment is entered in favor of the Plaintiff and the case is remanded to the SSA for further proceedings consistent with the R&R and the Order.

**Dated:** New York, New York
         September 12, 2022

                                                       **RUBY J. KRAJICK**

                                                         Clerk of Court
                                 **BY:**    *K. Mango*
                                                          **Deputy Clerk**